Alfred W. POWERS, Claimant–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 03–7004.

United States Court of Appeals,
Federal Circuit.

March 10, 2004.

Before SCHALL, DYK, and PROST,
Circuit Judges.

*Judgment*

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.